## THOMAS C. CHAPPELL *vs.* MARY BALL CHAPPELL.

Three appeals in one record from the Circuit Court for Baltimore County. *Appeals dismissed.*

Appellant filed a bill in the Court below against his wife praying for a divorce *a vinculo* and for a decree of nullity. Defendant filed an answer and a cross-bill asking for a

divorce *a mensa*, alimony, etc.　Plaintiff moved to dismiss his bill, which the Court below granted leave to do, provided he should first pay $250 counsel fees.　From this order and also from the opinion of the Court, plaintiff appealed.　The Court subsequently passed an order ratifying the previous order *nisi* for alimony, counsel fees, &c., and plaintiff appealed.　*Held*, that no appeal lies from the opinion of the Court and that no appeal lies from the orders since they were not final.

　　*D. G. McIntosh*, for appellant, *David Stewart*, for appellee.

　　Nos. 6, 7 and 8, October term, 1895.　Recorded in Liber J. S. F., No. 2, etc., folio 768, of "Opinions Unreported."